FREDERICK B. GURNEY, Appellant, *v.* THE GRAND TRUNK RAILWAY COMPANY OF CANADA, Respondent.

(Submitted April 26, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 10, 1891, which affirmed an interlocutory judgment in favor of defendant, entered upon an order of Special Term sustaining a demurrer to the complaint.

*Benj. B. Foster* for appellant.

*A. D. Scott* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

CHARLES J. HARTMAN, Respondent, *v.* THE MORNING JOURNAL ASSOCIATION, Appellant.

(Argued April 26, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York; entered upon an order made June 6, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Henry Yonge* for appellant.

*Louis J. Grant* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.